IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01888-LTB

DION ANTHONY,

    Applicant,

v.

RICK RAEMISCH,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Mr. Anthony filed a Notice of Change of Address (ECF No. 12) after the Court dismissed this action on December 29, 2015. Accordingly, the Clerk of the Court is directed to mail to Applicant, at his new address, a copy of the Order of Dismissal and Judgment (ECF Nos. 10 and 11).

    Applicant's request, as stated in a January 4, 2016 Letter (ECF No.13), that the Court forward him copies of all documents filed in this action since October 5, 2015, is DENIED as moot. The Order of Dismissal and Judgment will be sent to Mr. Anthony.   For future reference, a litigant may obtain copies of documents by contacting the Clerk of the Court and paying any necessary fees.

Dated:   January 25, 2016